AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Columbia__

Jason Pettet

v.

United States

SUMMONS IN A CIVIL ACTION

CASE NUMBER  1:06CV00065

JUDGE: Richard J. Leon

DECK TYPE: Pro se General Civil

DATE STAMP: 01/12/2006

TO: (Name and address of Defendant)

Kenneth L. Wainstein,
United States Attorney, District of Columbia
555 4th Street, NW
Washington, District of Columbia 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF PRO SE (name and address)

Jason Pettet,
993 Orchard Avenue,
South Haven, Michigan

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON             JAN 12 2005
CLERK                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | January 31, 2006 |
| NAME OF SERVER (PRINT) | TITLE |
| Jason T. Pettet | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/31/2006
            *Date*

*Signature of Server*

993 Orchard Ave, So. Haven, Mich. 49090
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Columbia__

Jason Pettet

v.

United States

SUMMONS IN A CIVIL ACTION

CASE NUMBER  1:06CV00065

JUDGE: Richard J. Leon

DECK TYPE: Pro se General Civil

DATE STAMP: 01/12/2006

TO: (Name and address of Defendant)

Alberto Gonzales,
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF ~~███~~ PRO SE (name and address)

Jason Pettet,
993 Orchard Avenue,
South Haven, Michigan

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

_(signature)_
(By) DEPUTY CLERK

JAN 12 2005
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE January 31, 2006 |
| NAME OF SERVER (PRINT) Jason T. Pettet | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/31/2006
                  Date

Signature of Server:  Jason T. Pettet

Address of Server: 993 Orchard Ave. S. Haven, Mich. 49090

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.