# United States District Court
IN THE DISTRICT OF COLUMBIA

Jason Pettet,
993 Orchard Avenue,
South Haven, Michigan
269 227 3312

Case No. 1:06-cv-00065-RJL

Plaintiff(s),

v.

United States

Defendant.

## NOTICE OF ERRATA
## AND
## MOTION TO STRIKE RETURN(S) OF SERVICE FILED ON FEBRUARY 6, 2006

### REQUEST FOR ISSUANCE OF SUBSTITUTE SUMMONSES

I, Jason Pettet, hereby give NOTICE OF ERRATA regarding the Return(s) of Service filed to the Court on February 6, 2006, and respectfully request the Court to STRIKE same.

Upon review of my files, I discovered that I inadvertently sent the Return(s) of Service to the Court before serving them on Counsel for the defendant. I apologize to the Court for this error, which occurred due to my lack of experience in legal matters, and was not intended to mislead the Court in any way.

As I no longer have summonses to serve, having "returned" them to the Court, I respectfully request the Clerk issue Substitute Summonses, enclosed.

Dated: February 28, 2006

_____
Jason Pettet