# UNITED STATES DISTRICT COURT

District of _____ Columbia _____

Jason Pettet

**SUMMONS IN A CIVIL ACTION**

V.

United States

CASE NUMBER:  1:06-cv-00065-RJL

TO: (Name and address of Defendant)

Alberto Gonzales,
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jason Pettet,
993 Orchard Avenue,
South Haven, Michigan

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON _____    MAR 03 2006 _____

CLERK                                                                DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3/14/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Jason T. Pettet | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Registered Mail # RC034412969US

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/14/06
            Date

Signature of Server: ucc1-207 Jn T Pettet

Address of Server: 993 Orchard Ave. So. Haven, Mich. 49090

RECEIVED
APR 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

District of _____ Columbia

Jason Pettet

V.

United States

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:06-cv-00065-RJL

TO: (Name and address of Defendant)

    Kenneth L. Wainstein,
    United States Attorney, District of Columbia
    555 4th Street, NW
    Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Jason Pettet,
    993 Orchard Avenue,
    South Haven, Michigan

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON            MAR 03 2006
CLERK                                                            DATE

*[signature]*
(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3/14/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Jason T. Pettet | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Registered Mail
#RC034412972US

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/14/06
Date

Signature of Server

993 Orchard Ave. So. Haven, Mich 49090
*Address of Server*

RECEIVED
APR 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.