IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON PETTET, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant. ) | No: 1:06cv00065 (RJL) |

## NOTICE OF APPEARANCE

Please enter the appearance of Jennifer L. Vozne as attorney for the defendant in the above-captioned proceeding.

DATED: April 28, 2006.

                                                                                                                                                         Respectfully submitted,

                                                                                                                                                          /s/ Jennifer L. Vozne
                                                                                                                                                          JENNIFER L. VOZNE
                                                                                                                                                          Trial Attorney, Tax Division
          U.S. Department of Justice
          P.O. Box 227
          Ben Franklin Station
          Washington, DC 20044
          Phone/Fax: (202) 307-6555/514-6866
          Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on April 28, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>JASON PETTET
>*Plaintiff pro se*
>993 Orchard Avenue
>South Haven, MI 49090.

>/s/ Jennifer L. Vozne
>JENNIFER L. VOZNE

1674461.1