UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 25 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| JASON PETTET, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 06-0065 (RJL) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Before the Court is defendant's motion to dismiss, which was filed in on April 28, 2006. Because a ruling on defendant's motion may dispose of this case, plaintiff, proceeding *pro se*, is advised of his obligation under the Federal Rules of Civil Procedure and the local rules of this Court.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* litigants of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

Accordingly, it is this ___ day of May, 2006,

**ORDERED** that plaintiff shall respond to the defendant's motion to dismiss no later than 20 days from the date of this Order. If plaintiff does not respond by that date, the Court will treat the motion as conceded pursuant to Local Rule 7(b) and enter

judgment in favor of the defendant; and it is further

**ORDERED** that the Clerk of the Court mail a copy of this Order and defendant's [#7] motion to dismiss to the plaintiff at the following address:

>   993 Orchard Avenue
>   South Haven, MI 49090

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge