IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON PETTET, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No: 1:06cv00065 (RJL) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**UNITED STATES' MOTION TO EXTEND TIME TO SERVE
OPPOSITION TO PLAINTIFF'S MOTION TO BIFURCATE
AND TO REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**

DEFENDANT, the United States, pursuant to Fed. R. Civ. P. 6(b)(1), moves the Court for an extension of time to serve a response to plaintiff's motion to bifurcate and to reply to plaintiff's opposition to the motion to dismiss, up to and including July 7, 2006.

As grounds for this motion, the United States asserts that the attorney assigned primary litigation responsibility for this case has been out of the office since June 6, 2006. She will not be back until June 28, 2006.

A supporting memorandum and proposed order accompany this request.

DATE: June 20, 2006.                    Respectfully submitted,

<div style="margin-left:3em">

/s/ Pat Genis
PAT GENIS
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044
Phone/Fax:  (202) 307-6390/514-6866
Email: Pat.Genis@usdoj.gov

</div>

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

1767266.1