IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JASON PETTET, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 1:06cv00065 (RJL) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

_____Having considered the UNITED STATES' MOTION TO EXTEND TIME TO

RESPOND TO PLAINTIFF'S MOTION TO BIFURCATE AND TO REPLY TO

PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS, the supporting memorandum

of points and authorities, any opposition and reply thereto, and the enire record of this

proceeding, it is by the Court

ORDERED that the motion is GRANTED,

ORDERED that the United States must respond to plaintiff's Motion to Bifurcate

and reply to Plaintiff's Opposition to Motion to Dismiss on or before July 7, 2006, and it

is further

ORDERED that the Clerk shall distribute copies of this order to the individuals

listed below.

SO ORDERED this _____ day of _____, 2006.


_____
UNITED STATES DISTRICT JUDGE

CC:

JENNIFER L. VOZNE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044

JASON PETTET
Plaintiff *pro se*
993 Orchard Avenue
South Haven, MI 49090