IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON PETTET, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No: 1:06cv00065 (RJL) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION TO EXTEND TIME TO SERVE OPPOSITION TO PLAINTIFF'S MOTION TO BIFURCATE AND TO REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS, MEMORANDUM IN SUPPORT OF UNITED STATES' MOTION TO EXTEND TIME TO SERVE OPPOSITION TO PLAINTIFF'S MOTION TO BIFURCATE AND TO REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS, and proposed ORDER were caused to be served upon plaintiff *pro se* on the 20th day of June, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

> JASON PETTET
> Plaintiff *pro se*
> 993 Orchard Avenue
> South Haven, MI 49090.

> /s/ Pat Genis
> PAT GENIS

1769512.1