IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JASON PETTET, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 1:06cv00065 (RJL) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Having considered the United States' motion to dismiss the complaint, together with the memorandum in support thereof, the opposition and reply thereto, plaintiff's "Reply to Response to Motion to Bifurcate [and] Cross Motion for Summary Judgment," the United States' opposition and any reply thereto, and the entire record of this case, the Court concludes that the United States' motion to dismiss ought to be granted and that plaintiff's "Reply to Response to Motion to Bifurcate [and] Cross Motion for Summary Judgment" ought to be denied.  Accordingly, it is this _____ day of _____, 2006, at Washington, District of Columbia,

ORDERED that the United States' motion to dismiss be and is GRANTED;

ORDERED that plaintiff's "Reply to Response to Motion to Bifurcate [and] Cross Motion for Summary Judgment" be and is DENIED;

ORDERED that plaintiff's complaint be and is DISMISSED; and it is further

1919976.1

ORDERED that the Clerk shall distribute conformed copies of this order to the

parties and representatives of the parties listed below.

_____

UNITED STATES DISTRICT JUDGE

COPIES TO:

JENNIFER L. VOZNE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, DC 20044
Email: Jennifer.L.Vozne@usdoj.gov

JASON PETTET
*Plaintiff pro se*
993 Orchard Avenue
South Haven, MI 49090

1919976.1