UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
NOV 6 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **JASON PETTET,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:06-00065 (RJL) |
| | ) |
| **UNITED STATES,** | ) |
| | ) |
| Defendant. | ) |

### FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 3rd day of November 2006, hereby

**ORDERED** that defendant's Motion to Dismiss [#7] is **GRANTED** and it is further

**ORDERED** that plaintiff's Motion to Bifurcate [#10] is **DENIED** as moot and it is further

**ORDERED** that plaintiff's Cross Motion for Summary Judgment [#15] is **DENIED** as moot and it is further

**ORDERED** that judgment is entered in favor of the defendant, and the case is **DISMISSED**.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge